UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
LINDA KAGER,                       )
                                   )   No. C04-1858L
              Plaintiff,           )
     v.                            )
                                   )
MICHAEL J. ASTRUE,                 )   ORDER REMANDING CASE
                                   )   TO THE COMMISSIONER OF
              Defendant.           )   SOCIAL SECURITY
_____)

      Consistent with the Judgment issued by the Ninth Circuit Court of Appeals and filed with this Court on January 22, 2008 (Dkt. 37), this case is REMANDED to the Commissioner of the Social Security Administration. The Ninth Circuit found that "Kager was unable to perform her past relevant work" at the time of her date last insured. As the Ninth Circuit has ordered, on remand, the ALJ must (1) credit Kager's testimony of pain, (2) take into account any change in her date last insured, and (3) "proceed to the fifth step of the disability analysis and determine whether Kager could perform other jobs in the economy."

      DATED this 28th day of January, 2008.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER REMANDING CASE